| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **Reddirt Road Partners LLC** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Red Dirt Outdoor Equipment** |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1644129** |
|---|---|---|

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4909 Hwy 90** <br> **Marianna, FL 32446** <br> Number, Street, City, State & ZIP Code | **1649 Shady Oaks Lane** <br> **Chipley, FL 32428** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Jackson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.reddirtequipment.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Reddirt Road Partners LLC**                                     Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor    **Reddirt Road Partners LLC**                               Case number (*if known*) _____
                  Name

**10.  Are any bankruptcy cases
      pending or being filed by a
      business partner or an
      affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11.  Why is the case filed in
      *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or
      have possession of any
      real property or personal
      property that needs
      immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

███  **Statistical and administrative information**

**13.  Debtor's estimation of
      available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of
      creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Reddirt Road Partners LLC**                                    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Reddirt Road Partners LLC**                                          Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2025**
               MM / DD / YYYY

**X** **/s/ Michael D. Cooper** _____              **Michael D. Cooper** _____
Signature of authorized representative of debtor              Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** **/s/ Byron W. Wright III** _____              Date    **March 12, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Byron W. Wright III 118971** _____
Printed name

**Bruner Wright, P.A.** _____
Firm name

**2868 Remington Green Circle, Suite B**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone    **(850) 385-0342**        Email address    **twright@brunerwright.com**

**118971 FL** _____
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Reddirt Road Partners LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Florida Outdoor Equipment 2691 Dardanelle Dr. Orlando, FL 32808** | | **All inventory acquired from Florida Outdoor Equipment, Inc.** | | **$45,000.00** | **Unknown** | **Unknown** |
| **Huntington Distribution Finance 1475 East Woodfield Rd #100 Schaumburg, IL 60173** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Implement Sales LLC 1141 Rosewood Cir Monroe, GA 30655** | | | | | | **$7,402.00** |
| **Kloti 6300 Kloti Rd Wendell, NC 27591** | | | | | | **$26,468.00** |
| **Kloti 6300 Kloti Rd Wendell, NC 27591** | | **All Debtor's inventory, accounts receiveable, promissory notes, etc.** | | **$196,500.00** | **Unknown** | **Unknown** |
| **Northpoint Commerical Finance 1105 Lakewood Parkway Ste 210 Alpharetta, GA 30004** | | **All assets of the Debtor** | | **$24,355.00** | **Unknown** | **Unknown** |
| **Prospex Digital LLC 1301 State Route 36 Suite 102 Hazlet, NJ 07730** | | | | | | **$1,434.00** |

Debtor    **Reddirt Road Partners LLC**                                              Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Regions Bank 1900 5th Ave N Birmingham, AL 35203** | | **All inventory, equipment, accouts, etc of the Debtor** | | **$150,000.00** | **Unknown** | **Unknown** |
| **Roberts Supply 4203 Metric Dr Winter Park, FL 32792** | | | | | | **$1,925.00** |
| **SPW & Associates, LLC 6250 Shiloh Rd Alpharetta, GA 30005** | | | | | | **$8,915.00** |
| **Stellantis Financial PO Box 205749 Dallas, TX 75320** | | **Work Truck** | | **$32,000.00** | **Unknown** | **Unknown** |
| **Taylor Pittsburgh Manufacturing 305 Commerce Dr. Winfield, AL 35594** | | | | | | **$5,658.00** |
| **Tri-State Office Supplies 1503 E Shotwell St Bainbridge, GA 39819** | | | | | | **$891.00** |
| **Truist PO Box 819 Wilson, NC 27894-0819** | | **All property of the Debtor** | | **$48,190.00** | **Unknown** | **Unknown** |
| **US Small Business Administration 409 3rd St., SW Washington, DC 20416** | | **All tangible and intangible property of the Debtor** | | **$150,000.00** | **Unknown** | **Unknown** |
| **Wells Fargo Commercial 5595 Trillium Blvd Hoffman Estates, IL 60192** | | **Personal property of the Debtor** | | **$38,064.00** | **Unknown** | **Unknown** |
| **Wells Fargo Commercial 5595 Trillium Blvd Hoffman Estates, IL 60192** | | **Down 2 Earth Trailers** | | **$6,287.00** | **Unknown** | **Unknown** |

.

Reddirt Road Partners LLC
1649 Shady Oaks Lane
Chipley, FL 32428

Prospex Digital LLC
1301 State Route 36
Suite 102
Hazlet, NJ 07730

Vicki L. Cooper
4909 Hwy 90
Marianna, FL 32446

Byron W. Wright III
Bruner Wright, P.A.
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308

Regions Bank
1900 5th Ave N
Birmingham, AL 35203

Wells Fargo Commercial
5595 Trillium Blvd
Hoffman Estates, IL 60192

Eddie Hopkins
349 Compass Lake Dr
Alford, FL 32420

Roberts Supply
4203 Metric Dr
Winter Park, FL 32792

Florida Outdoor Equipment
2691 Dardanelle Dr.
Orlando, FL 32808

SPW & Associates, LLC
6250 Shiloh Rd
Alpharetta, GA 30005

Huntington Distribution Finance
1475 East Woodfield Rd
#100
Schaumburg, IL 60173

Stellantis Financial
PO Box 205749
Dallas, TX 75320

Implement Sales LLC
1141 Rosewood Cir
Monroe, GA 30655

Taylor Pittsburgh Manufacturing
305 Commerce Dr.
Winfield, AL 35594

Kloti
6300 Kloti Rd
Wendell, NC 27591

Tri-State Office Supplies
1503 E Shotwell St
Bainbridge, GA 39819

Michael D. Cooper
4909 Hwy 90
Marianna, FL 32446

Truist
PO Box 819
Wilson, NC 27894-0819

Northpoint Commerical Finance
1105 Lakewood Parkway
Ste 210
Alpharetta, GA 30004

US Small Business Administration
409 3rd St., SW
Washington, DC 20416

# United States Bankruptcy Court
## Northern District of Florida

In re   **Reddirt Road Partners LLC** _____   Case No. _____

Debtor(s)                                   Chapter   **11**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Reddirt Road Partners LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 12, 2025** _____         **/s/ Byron W. Wright III** _____

Date                                        **Byron W. Wright III 118971**

                                            Signature of Attorney or Litigant

                                            Counsel for   **Reddirt Road Partners LLC** _____

                                            **Bruner Wright, P.A.**

                                            **2868 Remington Green Circle, Suite B**
                                            **Tallahassee, FL 32308**
                                            **(850) 385-0342 Fax:(850) 270-2441**
                                            **twright@brunerwright.com**